UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NCTA – THE INTERNET & TELEVISION ASSOCIATION,<br><br>                              Plaintiff,<br><br>         -against-<br><br>AARON FREY, in his official capacity as Attorney General of the State of Maine,<br><br><br>             and<br><br>TOWN OF FREEPORT, MAINE; TOWN OF NORTH YARMOUTH, MAINE,<br><br>                              Defendants. | Case No. |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and D. Me. L.R. 7.1, Plaintiff NCTA – The Internet & Television Association ("NCTA"), the principal trade association of the cable television industry in the United States, hereby states that it has no parent corporation and no persons, association of persons, firm, partnership, limited liability company, joint venture, corporation (including parent or affiliated corporations), or any similar entity has a ten percent or greater ownership interest in NCTA.

Dated:  September 12, 2019

Respectfully submitted,

/s/ *Joshua D. Dunlap*
Catherine R. Connors
Joshua D. Dunlap
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
Phone: 207.791.1100
Email: cconnors@pierceatwood.com
Email: jdunlap@pierceatwood.com

Howard J. Symons (*pro hac vice* pending)
Jessica Ring Amunson (*pro hac vice* pending)
Zachary C. Schauf (*pro hac vice* pending)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I electronically filed the foregoing document entitled Plaintiff's Corporate Disclosure Statement via email to the U.S. District Court, Bangor, Maine (newcases.bangor@med.uscourts.gov), and sent a copy of the foregoing document to the State Attorney General's Office by email (Christopher.C.Taub@maine.gov) and U.S. Mail at the following address:

>Christopher C. Taub
>Office of the Maine Attorney General
>109 Sewall Street
>Augusta, ME 04330

DATED:  September 12, 2019

>*/s/ Joshua D. Dunlap_____*
>Joshua D. Dunlap
>PIERCE ATWOOD LLP
>Merrill's Wharf
>254 Commercial Street
>Portland, ME 04101
>Phone: 207.791.1100
>Email: jdunlap@pierceatwood.com
>
>*Attorney for Plaintiff NCTA – The Internet & Television Association.*