UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NCTA – THE INTERNET & TELEVISION ASSOCIATION,<br><br>                Plaintiff,<br><br>v.<br><br>AARON FREY, in his official capacity as Attorney General of the State of Maine,<br><br>                and<br><br>TOWN OF FREEPORT, MAINE; TOWN OF NORTH YARMOUTH, MAINE,<br><br>                Defendants. | Civil Action No. 2:19-cv-00420-DBH |

**NOTICE OF APPEARANCE**

      Please enter my appearance as counsel for Plaintiff NCTA – The Internet & Television Association in the above-captioned matter.

Dated:  September 13, 2019

                                      /s/  *Catherine R. Connors*
                                      Catherine R. Connors
                                      PIERCE ATWOOD LLP
                                      Merrill's Wharf
                                      254 Commercial Street
                                      Portland, ME 04101
                                      (207) 791-1100
                                      cconnors@pierceatwood.com

                                      *Attorney for Plaintiff NCTA – The Internet*
                                      *& Television Association*

{W11405565.1}

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I caused my Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.

DATED:  September 13, 2019

/s/  *Catherine R. Connors*
Catherine R. Connors
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
cconnors@pierceatwood.com

*Attorney for Plaintiff NCTA – The Internet & Television Association*