UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| NCTA – THE INTERNET & TELEVISION ASSOCIATION,<br><br>  Plaintiffs<br><br>  v.<br><br>AARON FREY, in His Official Capacity as the Attorney General of the State of Maine, *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.: 2:19-cv-00420-DBH |

## NOTICE OF APPEARANCE

TO CLERK OF COURT:

Please enter my appearance as counsel for the defendant, Aaron Frey, in his official capacity as the Attorney General for the State of Maine.

DATED:  September 16, 2019

Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Christopher C. Taub
Christopher C. Taub, Asst. Atty. Gen.
Christopher.C.Taub@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 16th day of September, 2019, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

HOWARD J. SYMONS
hsymons@jenner.com

JESSICA RING AMUNSON
JAmunson@jenner.com

JOSHUA D. DUNLAP
jdunlap@pierceatwood.com

ZACHARY C. SCHAUF
ZSchauf@jenner.com

CATHERINE R. CONNORS
cconnors@pierceatwood.com

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Assistant Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145