UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NCTA – THE INTERNET & TELEVISION ASSOCIATION,<br><br>      Plaintiff,<br><br>v.<br><br>AARON FREY, in his official capacity as Attorney General of the State of Maine,<br><br>      and<br><br>TOWN OF FREEPORT, MAINE; TOWN OF NORTH YARMOUTH, MAINE,<br><br>      Defendants. | Civil Action No. 2:19-cv-00420-NT |

## CERTIFICATION OF COMPLIANCE WITH ORDER REGARDING NOTICE OF TELEPHONIC CONFERENCE

  Pursuant to the Court's Order and Notice (ECF Nos. 13 and 14), counsel for Plaintiff NCTA – The Internet & Television Association hereby certifies that it has notified counsel for all defendants regarding the telephone conference set for September 19, 2019 at 2:00 p.m. Counsel provided this notice by phone and email. Plaintiff's counsel has also provided the municipal defendants with a copy of the joint motion (ECF No. 9) filed by Plaintiff and the Attorney General to expedite the briefing and argument schedule with respect to Plaintiff's preliminary injunction motion (ECF No. 3).

  As directed by the Court, counsel provided defendants with the following call-in information:

  **Telephone Number**:  1-877-211-3621
  **Passcode**:   589 089 5295

1

11413854.1

Counsel for Plaintiff has also conferred with all opposing counsel regarding a proposed briefing and hearing schedule. Defendant Frey has agreed to the following proposed schedule:

a. Defendants' response to Plaintiff's Motion to be due by **September 30**, 2019 at 5:00 PM ET;

b. Plaintiff's reply due by **October 4**, 2019; and

c. A hearing to be held the week of **October 14**, 2019, subject to the Court's discretion and to its calendar, such that a ruling can be issued prior to November 18, 2019.

Plaintiff is still in discussions with the municipal defendants regarding this schedule. Counsel have conferred productively and will continue to seek to reach agreement prior to the scheduled telephone conference, and will report the parties' final position at that time.

Dated: September 18, 2019

/s/ *Joshua D. Dunlap*
Catherine R. Connors
Joshua D. Dunlap
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
cconnors@pierceatwood.com
jdunlap@pierceatwood.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.  In addition, by written agreement per Fed. R. Civ. P. 5(b)(2), I have served counsel for Defendants Town of Freeport and Town of North Yarmouth by email as follows:

>Eben M. Albert, Esq.
>Bernstein Shur
>100 Middle Street, P.O. Box 9729
>Portland, ME 04104-5029
>ealbert@bernsteinshur.com

DATED:  September 18, 2019

>/s/  *Joshua D. Dunlap*
>Catherine R. Connors
>Joshua D. Dunlap
>PIERCE ATWOOD LLP
>Merrill's Wharf
>254 Commercial Street
>Portland, ME 04101
>(207) 791-1100
>cconnors@pierceatwood.com
>jdunlap@pierceatwood.com
>
>*Attorneys for Plaintiff NCTA – The Internet & Television Association*