IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NCTA – THE INTERNET & TELEVISION ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AARON FREY, in his official capacity as Attorney General of the STATE OF MAINE, TOWN OF FREEPORT, MAINE; TOWN OF NORTH YARMOUTH, MAINE,<br><br>　　　　Defendants. | Civil Action No.  2:19-cv-00420-DBH |

## ENTRY OF APPEARANCE

　　I, Eben M. Albert, respectfully request that the Court enter my appearance in this matter as counsel for Defendants the Town of Freeport, Maine, and the Town of North Yarmouth, Maine.

Dated:  September 18, 2019

　　　　　　　　　　　　　　　　　　　　*/s/ Eben M. Albert*
　　　　　　　　　　　　　　　　　　　　BERNSTEIN SHUR
　　　　　　　　　　　　　　　　　　　　100 Middle Street
　　　　　　　　　　　　　　　　　　　　PO Box 9729
　　　　　　　　　　　　　　　　　　　　Portland, ME  04104-5029
　　　　　　　　　　　　　　　　　　　　207-774-1200
　　　　　　　　　　　　　　　　　　　　ealbert@bernsteinshur.com

　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　Town of Freeport, Maine
　　　　　　　　　　　　　　　　　　　　Town of Yarmouth, Maine