IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NCTA – THE INTERNET & TELEVISION ASSOCIATION,<br><br>      Plaintiffs,<br><br>vs.<br><br>AARON FREY, in his official capacity as Attorney General of the STATE OF MAINE, TOWN OF FREEPORT, MAINE; TOWN OF NORTH YARMOUTH, MAINE,<br><br>      Defendants. | Civil Action No. 2:19-cv-00420-DBH |

## ENTRY OF APPEARANCE

I, Philip R. Saucier, respectfully request that the Court enter my appearance in this matter as counsel for Defendants the Town of Freeport, Maine, and the Town of North Yarmouth, Maine.

Dated: September 20, 2019

/s/ *Philip R. Saucier*
Philip R. Saucier
BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME  04104-5029
207-774-1200
ealbert@bernsteinshur.com

Attorney for Defendants
Town of Freeport, Maine
Town of Yarmouth, Maine